# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 496 MAL 2015

             Respondent       :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
            v.              :

JIHAD RAGUEEB BASHIR,       :

             Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.